**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
APR 12 2007
JAMES W. McCORMACK, CLERK
By: _______ DEP CLERK

THE UNITED STATES OF AMERICA, *ex rel.* NORMAN RILLE and NEAL ROBERTS,

Plaintiff,

vs.

BOOZ ALLEN HAMILTON INC., a Delaware Corporation; ACXIOM CORPORATION, a Delaware Corporation; EMC CORPORATION, a Massachusetts Corporation; and THE TITAN CORPORATION, Delaware Corporation,

Defendants.

Case No. 4-04 CV0000984WRW

STIPULATION OF DISMISSAL WITHOUT PREJUDICE AND [PROPOSED] ORDER

**STIPULATION AND PROPOSED ORDER RE DISMISSAL WITHOUT PREJUDICE OF BOOZ ALLEN HAMILTON, INC. AND THE TITAN CORPORATION**

WHEREAS, the *qui tam* plaintiffs Norman Rille and Neal Roberts ("*qui tam* plaintiffs") have requested dismissal without prejudice of defendants Booz Allen Hamilton, Inc. and The Titan Corporation pursuant to Federal Rule of Civil Procedure 41(a)(1) from the *qui tam* plaintiffs' complaint, *The United States of America,* ex rel. *Norman Reille and Neal Roberts, v. Accenture LLP, et al.*, United States District Court, Eastern District of Arkansas, Case No. 4-04 CV0000984WRW ("Complaint"); and

WHEREAS, the United States of America ("United States") may agree to intervene in this action, but such intervention does not extend to defendants Booz Allen Hamilton, Inc. and The Titan Corporation ; and

WHEREAS, the United States accordingly consents to the dismissal without prejudice of defendants Booz Allen Hamilton, Inc. and The Titan Corporation ;

IT IS HEREBY STIPULATED AND AGREED, by and between the *qui tam* plaintiffs and the United States, by and through their undersigned attorneys, that defendants Booz Allen Hamilton, Inc. and The Titan Corporation are dismissed without prejudice from the *qui tam* plaintiffs' Complaint pursuant to Federal Rule of Civil Procedure 41(a)(1).

Respectfully submitted,
PETER D. KEISLER
Assistant Attorney General

J. TIMOTHY GRIFFIN
United States Attorney
DAN STRIPLING
Assistant United States Attorney

Dated: April 12, 2007

Donald J. Williamson by Steve Engstrom with permission

JOYCE BRANDA
DONALD J. WILLIAMSON
Attorneys, Department of Justice
Civil Division
P.O. Box 261
Ben Franklin Station
Washington, DC 2044
Tel: (202) 514-7900

Dated: April 12, 2007

[signature]

STEPHEN ENGSTROM
Counsel for *Qui Tam* Plaintiffs
Norman Rille and Neal Roberts