**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**THE UNITED STATES OF AMERICA** *ex rel.*  **PLAINTIFFS**
**NORMAN RILLE AND NEAL ROBERTS**

v.                              4:04CV00984-WRW

**EMC CORPORATION**                              **DEFENDANT**

## ORDER

Pending is Defendant EMC Corporation's Motion to Unseal (Doc. No. 111). The United States has responded (Doc. No. 115), and does not oppose the Motion. Relators have not responded, and the time for doing so has passed.[1] Accordingly, EMC's Motion is GRANTED. The Clerk of the Court is directed unseal the Sealed Documents entered as Docket Entry Nos: 1; 17; 24; 43; 56; 59; and 64.

IT IS SO ORDERED this 3rd day of April, 2009.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

---

[1] Responses were due on March 30, 2009.