**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
500 W. CAPITOL, ROOM D444
LITTLE ROCK, ARKANSAS 72201-3325
(501) 604-5140
Facsimile (501) 604-5149

**June 1, 2009**

| | |
|---|---|
| Mr. Craig H. Johnson | Ms. Shirley Jones |
| Mr. Lon Packard | Mr. Stephen Engstrom |
| Packard, Packard & Johnson | Wilson, Engstrom, Corum & Coulter |
| 2825 Cottonwood Parkway | Post Office Box 71 |
| Suite 500 | Little Rock, AR 72203-0071 |
| Salt Lake City, UT 84121 | |
| | |
| Mr. Daniel Fruchter | Mr. Jeffrey Wexler |
| Mr. Daniel Packard | Mr. Michael Bierman |
| Mr. Philip Favro | Luce, Forward, Hamilton & Scripps |
| Mr. Ronald Packard | 601 South Figueroa |
| Mr. Von Packard | Suite 3900 |
| Packard, Packard & Johnson | Los Angeles, CA 90017 |
| Four Main Street | |
| Suite 200 | Ms. Patricia Davis |
| Los Altos, CA 94022 | U.S. Department of Justice |
| | 601 D. Street, NW - Room 9154 |
| Mr. Brent Young | Washington, DC 20004 |
| Mr. Donald Williamson | |
| Mr. Jordan Strauss | Ms. Shannon Smith |
| U.S. Department of Justice | U.S. Attorney's Office |
| Ben Franklin Station | Eastern District of Arkansas |
| Post Office Box 261 | P.O. Box 1229 |
| Washington, DC 20044 | Little Rock, AR 72203-2730 |

Re:   *United States, ex rel. Norman Rille, et al. v. EMC Corporation,* 4:04-CV-00984-WRW

Dear Counsel:

I am all bowed up to grant Defendant's Motion to Transfer Venue, but will give you a chance to argufy me out of this position if you want a telephone conference.

Don't be optimistic -- I just want to make sure I've heard you out on this point.

Please notify Ms. Gilbert (genoveva_gilbert@ared.uscourts.gov) at my office by 5:00 p.m. tomorrow if you want a telephone conference.

                                                Cordially,

                                                /s/ Wm. R. Wilson, Jr.

Original to the Clerk of the Court
cc:    Other Counsel of Record