# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**THE UNITED STATES OF AMERICA** *ex rel.*  **PLAINTIFFS**
**NORMAN RILLE AND NEAL ROBERTS**

v.                             4:04CV00984-WRW

**EMC CORPORATION**                             **DEFENDANT**

## ORDER

Pending is EMC Corporation's Motion to Transfer Venue (Doc. No. 118). Plaintiffs have responded and EMC has replied.[1]

Based on the parties' papers, it appears to me that the events giving rise to this case occurred in Virginia and most "critical witnesses live or work in or near Virginia." Notably, the majority of Plaintiffs' counsel are also based just across the Potomic River from the District Court in Alexandria, Virginia.

Accordingly, EMC Corporation's Motion to Transfer Venue (Doc. No. 118) is GRANTED. The Clerk of the Court is directed to immediately TRANSFER this case to the United States District Court for Eastern District of Virginia, Alexandria Division.

IT IS SO ORDERED this 3rd day of June, 2009.

/s/ Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

---

[1] Doc. Nos. 129, 136.